UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ROBIN JONES,

        Plaintiff,

v.                                        CAUSE NO. 3:23cv221 DRL-SJF

JOHN DOE 1 *et al.*,

        Defendants.

## ORDER

On November 7, 2025, United States Magistrate Judge Scott J. Frankel issued a report and recommendation [58] in which he recommended that this case be dismissed without prejudice because there is no named defendant remaining and Robin Jones's proposed second amended complaint was untimely. No objections were filed by the November 21, 2025 deadline.

Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DISMISSES this case in accordance with its prior dismissal orders and the report and recommendation, which together address all parties and all claims. This order thus terminates the case.

SO ORDERED.

January 5, 2026                                      *s/ Damon R. Leichty*
                                                      Judge, United States District Court